BANCO NACIONAL DE MEXICO, S. A., Appellant, *v.* J. A. MEDINA COMPANY, INC., Respondent.

Argued November 30, 1939; decided December 28, 1939.

*Francis S. Bensel* and *W. Frederick Knecht* for appellant.

*Eugene A. Sherpick, Harold R. Medina, William Gilbert* and *James J. Regan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.